## S. T. Kintz v. H. Starkey.

1. PRACTICE—*Right to Address the Jury Absolute.*—The right of a party litigant to address the jury by his counsel is absolute. Lanau v. Hibbard, Spencer, Bartlett & Co., 63 Ill. App. 54, approved and followed.

**Transcript,** from a justice of the peace. Appeal from the Superior Court of Cook County; the Hon. WILLIAM G. EWING, Judge, presiding. Heard in this court at the March term, 1897. Reversed and remanded. Opinion filed April 15, 1897.

PHILIP KOEHLER and HENRY A. WILDER, attorneys for appellant.

Argument of counsel is a matter of right. The argument of a cause is as much part of the trial as the hearing of the evidence. A party to a civil suit has a right to be heard either by himself or by counsel, not only in the testimony but also in the argument of his case. No matter how weak or inconclusive the case may be, if it is enough to present a disputed question of fact the counsel of the party has a right to present his client's case to the jury. Douglass v. Hill, 29 Kas. 527; Nedig v. Cole, 13 Neb.; Mayo v. Wright,

63 Mich. 32; Thompson v. People, 144 Ill. 378; Merideths v. People, 84 Ill. 479; Cartwright v. Clopton, 25 Mich. 285.

ARCHIBALD CATTELL, attorney for appellee.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

Except in the names of the parties, and the court whence this appeal comes, this case is like Lanau v. Hibbard, 63 Ill. App. 54, and to preserve the parallel the judgment is reversed and the cause remanded.